**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO**
**MINUTE SHEET**
**BEFORE THE HONORABLE MATTHEW L. GARCIA**

*Status Conference*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| *CR No:* | *25-258 MLG* | *USA v.* | *Thomas J. Clear, III* | | | | |
| *Date:* | *6/23/26* | *Time In:* | *9:30* | *Time Out:* | *9:36* | *Total Time:* | *6 minutes* |
| *Clerk:* | *E. Romero* | *Court Reporter:* | *R. Brazil* | *Courtroom:* | *Cimarron* | | |
| *USPO:* | *W. Miller and M. Pedraza* | *Interpreter:* | *n/a* | | | | |
| *AUSA:* | *Shana Long and Katherine Lewis* | *Defense Counsel:* | *Thomas Clark* | | | | |

**PROCEEDINGS**

9:30 Court in session; parties state appearances.

Court addresses parties and outlines reason for Status Conference.

Ms. Long addresses Court and answers questions.

Mr. Clark concurs with Ms. Long. Has reached out to probation to schedule interview.

Officer Miller answers Court’s questions.

Court will schedule a status conference as requested.

9:36 Court is adjourned.